STATE OF NEW JERSEY v. JOHN LAPOINT.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE MARX.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD MATHIS.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES D. ELLIS.

February 13, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CARL BRUNSON.

February 13, 1986.

Petition for certification denied.